**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: BONNIE L. CASH　　　　　　　　　　　　　　　　　　　　　Case Number: 04-74191
7425 SHILLINGTON DR
ROCKFORD, IL  61107　　　　　　　　SSN-xxx-xx-5736

　　　　　　　　　　　　　　　　　　　　　　　　　　Case filed on:　　8/20/2004
　　　　　　　　　　　　　　　　　　　　　　　　　Plan Confirmed on:　12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,330.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 204 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 4,191.85 | 4,191.85 | 4,191.85 | 364.25 |
|  | Total Priority | 4,191.85 | 4,191.85 | 4,191.85 | 364.25 |
| 999 | BONNIE L. CASH | 0.00 | 0.00 | 88.42 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 88.42 | 0.00 |
| 001 | NATIONAL CAPITAL MANAGEMENT LLC | 3,700.00 | 3,700.00 | 3,700.00 | 233.68 |
| 002 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BANK ONE | 3,667.60 | 94.69 | 94.69 | 0.00 |
| 004 | US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 7,367.60 | 3,794.69 | 3,794.69 | 233.68 |
| 001 | NATIONAL CAPITAL MANAGEMENT LLC | 927.20 | 927.20 | 927.20 | 61.53 |
| 005 | INTERNAL REVENUE SERVICE | 449.68 | 449.68 | 449.68 | 29.87 |
|  | Total Unsecured | 1,376.88 | 1,376.88 | 1,376.88 | 91.40 |
|  | Grand Total: | 14,300.33 | 10,727.42 | 10,815.84 | 689.33 |

Total Paid Claimant:　　$11,505.17
Trustee Allowance:　　　$824.83　　　Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:　　100.00　　discharging the trustee and the trustee's surety from any and all
　　　　　　　　　　　　　　　　　　liablility on account of the within proceedings, and closing the estate,
　　　　　　　　　　　　　　　　　　and for such other relief as is just.  Pursuant to FRBP, I hereby
　　　　　　　　　　　　　　　　　　certify that the subject case has been fully administered.

　　Report Dated:

　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/28/2008　　　　　By  /s/Heather M. Fagan